RECEIVED
NOV 2 2 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FILED
NOV 2 2 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,

v.

TODD RICKS,

Criminal No. 1:06-cr-00206-LY-1

## MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCE-REDUCTION MOTION

COMES Defendant, Todd Ricks ("Ricks"), appearing *pro se,* and files his Motion for Extension of Time to Reply to Government's Response to Defendant's Sentence-Reduction Motion, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Ricks respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Kayode,* 777 F.3d 719 (5th Cir. 2014) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."); *Estelle v. Gamble,* 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner,* 404 U.S. 519, 520 (1972) (same).

### REASON FOR EXTENSION

The fourteen (14) page United States' Response in Opposition to Defendant's Motion for Compassionate Release ("USR") was just received by Ricks through the prison mail. Because of the Covid/Delta Virus pandemic the compound at FCI Bastrop has had limited movement and very limited access to the prison law library. As such, Ricks needs to research, prepare and perfect his

Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including December 18, 2021, to complete his Reply.

WHEREFORE, premise considered, Ricks prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including December 10, 2021.

Respectfully submitted,

Dated: November 18, 2021

TODD RICKS
REG. NO. 83035-180
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion for Compassionate Release, postage prepaid, to Michelle Evette Fernald, Assistant United States Attorney, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701.

TODD RICKS

TODD RICKS
REG. NO. 83035-180
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

November 10, 2021

Clerk, U.S. District Court
Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

    RE:   *Ricks v. United States*
           Crim No. 1:06-cr-00206-LY-1

To the Clerk of the Court:

    Enclosed please find and accept for filing Movant's Motion for Extension of Time to File Reply to Government's Response to Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this motion to the Court.
    Thank you for your assistance in this matter.

                                  Sincerely,

                                  /s/ Todd Ricks
                                TODD RICKS
                                Appearing *Pro Se*

*Encl. as noted*

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE



PS00001000014

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

- Expected delivery date specified
- Most domestic shipments include
- USPS Tracking® included for dom
- Limited international insurance.*
- When used internationally, a cus

*Insurance does not cover certain items. Fo
Domestic Mail Manual at http://pe.usps.com
** See International Mail Manual at http://pe.

EP14F May 2020
OD: 12 1/2 x 9 1/2

PRIORITY MAIL 2-DAY®

EXPECTED DELIVERY DAY: 11/22/21

SHIP
TO:
501 WEST FIFTH STREET
Austin TX 78701

USPS TRACKING® NUMBER

9505 5066 3896 1322 5411 52



U.S. POSTAGE
$8.70
PM 2-DAY
77070 0006
Date of sale
11/18/21
06  2S  SSK
11488079
885111118121944
0006

USPS.COM/PICKUP

FROM:

SCREENED BY CSO
NOV 22 2021

TO:
TODD RICKS
REG. NO. 83035-180
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

Clerk, U.S. District Court
Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.